JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00515 JF |
|    Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE |
| ANDRES NIEVES-MUNOZ, ) | |
|    Defendant. ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing currently scheduled for August 26, 2009 be moved to August 19, 2009.  The reason for the continuance is that undersigned government counsel will be out of town on business on August 26, 2009.  Probation Officer Janie Zhuang has no objection to schedule change.

SO STIPULATED:            JOSEPH P. RUSSONIELLO
                          United States Attorney

DATED: 8/5/09             _____/s/_____
                          SUSAN KNIGHT
                          Assistant United States Attorney


DATED: 8/5/09             _____/s/_____
                          LARA S. VINNARD
                          Assistant Federal Public Defender

STIPULATION AND [PROPOSED] ORDER
CR 08-00515 JF

1   Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance
2   scheduled for August 26, 2009 is moved to August 19, 2009 at 9:00 a.m.
3   SO ORDERED.

5   DATED: 8/10/09      _____
                        JEREMY FOGEL
                        United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-00515 JF